UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.   2S:15-cr-4-FtM-38CM

TRAVIS RIDDLE

_____

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the following property:

> One (1) Samsung Galaxy S4 Cellular Telephone containing the following identifiers: Model: SPH-L720; DEC: 256 691 488 807 946 384; HEX: 990 003 487 940 90, and a 16 gigabyte (GB) SanDisk Micro SD card with serial number 3195SG03V0KX, and a "Sprint" brand SIM Card with ICC ID: 89011200000193078960.

The Court, being fully advised in the premises, hereby finds as follows:

1.      On January 7, 2016, the Court entered a Preliminary Order of Forfeiture, seeking forfeiture of defendant Riddle's right, title, and interest in the identified assets, pursuant to the provisions of 21 U.S.C. §§ 970 and 853.  Doc. 62.

2.      In accordance with the provisions of Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the assets, on the official government website, www.forfeiture.gov, from January 9, 2016 through February 7, 2016.  Doc. 75.  The publication gave notice to all third parties with a legal

interest in the assets to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

3. No person or entity, other than Riddle, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets. No third party has filed a petition or claimed an interest in these assets, and the time for filing a petition has expired.

4. The Court finds that the assets are the property of defendant Riddle.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) for disposition according to law. Clear title to the identified assets is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: To All Parties